UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-17 DWF/JGL

| | | |
|---|---|---|
| GEORGE NWIZUZU, Plaintiff, | ) | |
| v. | ) | ORDER |
| UNITED STATES OF AMERICA, Defendant. | ) | |

Upon application of Defendant United States of America, no hearing hereon being deemed necessary, and for good cause shown, it is hereby

ORDERED that Defendant United States of America shall be, and hereby is, granted an extension of time to respond to the Complaint of Plaintiff to June 16, 2001.

Dated: April 25, 2001

JONATHAN G. LEBEDOFF
United States Magistrate Judge

FILED APR 26 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK