**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

George Nwizuzu,

Petitioner,

v.

United States of America,

Defendant.

Civil No. 01-17 (DWF/JGL)

**ORDER**

---

George Nwizuzu, *Pro Se*, Federal Correctional Institution, Box 1500, Waseca, MN 56093-0741, Plaintiff.

Lonnie F. Bryan, Assistant United States Attorney, 600 United States Courthouse, 300 Fourth Street South, Minneapolis, MN 55415, counsel for Defendant.

---

This matter is before the Court upon Plaintiff's objections to Magistrate Judge Jonathan Lebedoff's Report and Recommendation dated November 30, 2001, recommending that Defendant's motion to dismiss be granted; that this action be dismissed for lack of jurisdiction; and notwithstanding the dismissal of this action, Plaintiff should remain liable for the unpaid balance of the filing for this action, namely $66.43, which should be paid in installments pursuant to 28 U.S.C. § 1915(b)(2). The Court has conducted a *de novo* review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c).

Based upon the Court's review of the record, the Court's review of the arguments and submissions of the parties, and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

FILED JAN 1 4 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 1 4 2002
DEPUTY CLERK

**ORDER**

1. Magistrate Judge Jonathan Lebedoff's Report and Recommendation dated November 30, 2001 (Doc. No. 25), is **ADOPTED**.

2. Defendant United States of America's motion to dismiss (Doc. No. 14) is **GRANTED**.

3. This action is **DISMISSED** for lack of jurisdiction.

4. Notwithstanding the dismissal of this action, Plaintiff George Nwizuzu should remain liable for the unpaid balance of the filing for this action, namely $66.43, which should be paid in installments pursuant to 28 U.S.C. § 1915(b)(2).

Dated: January 14, 2002

DONOVAN W. FRANK
Judge of United States District Court

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES:

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995